UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| HERMAN ANDERS, personal representative for the Estate of Aliyah Anders, <br><br> Plaintiff, <br><br> v. <br><br><br><br> Defendants. | <br><br><br><br><br> Case No.: |

**JURY DEMAND**

Pursuant to Local CV-38(a) and Federal Rule of Civil Procedure 38, Plaintiff demands trial by jury.

Respectfully submitted,

s/ [signature]

COUNSEL FOR PLAINTIFF

Texas Bar No. 24053091
114 Heights Blvd., Unit I
Houston, Texas 77007
Phone: 713-609-9622
Email:tiffanysams@pathlightlegalcorporation.com

2